IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR137 |
| vs. | ) | |
| | ) | ORDER |
| PATRICIO RENTERIA-SALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION TO SUPPRESS [24]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 5-day extension. The Brief in Support of Defendant's Motion to Suppress shall be filed by June 22, 2012.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION TO SUPPRESS [24] is granted. The Brief in Support of Defendant's Motion to Suppress shall be filed on or before **June 22, 2012.**

2. The defendant shall file a Waiver of Speedy Trial as soon as is practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between June 18, 2012 and June 22, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of June, 2012.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**