**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR137** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **PATRICIO RENTERIA-SALDANA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 33). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1.      The Magistrate Judge's Findings and Recommendation (Filing No. 33) are adopted in their entirety; and

2.      The Defendant's motion to suppress (Filing No. 23) is granted in part and denied in part as stated orally by the Magistrate Judge.

DATED this 15th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge